UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDY LASHAWN FORTNER, | Case No. 25-cv-03367-HSG |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| LAKE COUNTY JAIL, et al., | |
| Defendants. | |

The Court has DISMISSED this action without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/12/2025

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge